DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHN C. SEAMAN, II,

Appellant,

v.

BRIAN FEHRENBACHER,

Appellee.

No. 2D2025-1861

_____

June 3, 2026

Appeal from the Circuit Court for Hillsborough County; Frances M.
Perrone, Judge.

Matthew Farmer of Farmer & Fitzgerald, P.A., Tampa, for Appellant.

Brian Shrader of Shrader Mendez, LLC, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

VILLANTI, BLACK, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.